UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MARK STANALAJCZO, DDS,

    Plaintiff,

v

UNIVERSITY OF MICHIGAN, the REGENTS of the UNIVERSITY OF MICHIGAN, BRANDONN PERRY, in his individual capacity, and LYNN JOHNSON, in her individual capacity,

    Defendants.

Case No.

**PLAINTIFF'S COMPLAINT and JURY TRIAL DEMAND**

PLAINTIFF'S INDEX OF EXHIBITS

Exhibit 1      Plaintiff's 6/16/22 MiOSHA Complaint