UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MARK STANALAJCZO,

   Plaintiff,          Case No. 23-cv-11527
                    Hon. Matthew F. Leitman

v.

UNIVERSITY OF MICHIGAN, et al.,

   Defendants.

_____/

**STIPULATION OF DISMISSAL OF DEFENDANTS UNIVERSITY
OF MICHIGAN AND UNIVERSITY OF MICHIGAN REGENTS ONLY**

  NOW COME Plaintiff and Defendants, through their respective counsel, and they stipulate to the following:

  The parties stipulate that the University of Michigan and its Regents will be dismissed without prejudice as defendants in this action.

Dated: August 3, 2023

| | |
|---|---|
| /s/Dennis Dubuc | /s/ Timothy H. Howlett (w/perm) |
| Dennis B. Dubuc (P67316) | Timothy H. Howlett (P24030) |
| Attorney for Plaintiff | Angelina R. Delmastro (P81712) |
| ESSEX PARK LAW OFFICE, P.C. | Attorneys for Defendants |
| 12618 10 Mile Road | DICKINSON WRIGHT PLLC |
| South Lyon, MI  48178 | 500 Woodward Avenue, Suite 4000 |
| (248) 486-5508 | Detroit, MI  48226 |
| | (313) 223-3500 |
| | thowlett@dickinsonwright.com |
| | adelmastro@dickinsonwright.com |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

MARK STANALAJCZO,

      Plaintiff,                                           Case No. 23-cv-11527
                                                                  Hon. Matthew F. Leitman

v.

UNIVERSITY OF MICHIGAN, et al.,

      Defendants.
_____/

**ORDER DISMISSING DEFENDANTS UNIVERSITY OF
MICHIGAN AND UNIVERSITY OF MICHIGAN REGENTS ONLY**

      Consistent with the stipulation of the parties, the University of Michigan and its Regents shall be dismissed without prejudice as defendants in this action.

      **IT IS ORDERED.**

                                                    s/Matthew F. Leitman
                                                  MATTHEW F. LEITMAN
                                                  UNITED STATES DISTRICT JUDGE

Dated:  August 3, 2023