UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MARK STANALAJCZO, DDS,

    Plaintiff,

v.

BRANDONN PERRY, et al.,

    Defendants.

Case No. 23-cv-11527
Hon. Matthew F. Leitman

_____

**STIPULATION REGARDING SECOND AMENDED
COMPLAINT AND RESPONSIVE PLEADING**

NOW COMES Plaintiff and Defendants, through counsel, who stipulate to the following:

The parties, having discussed this matter on January 15, 2024 and January 17, 2024, stipulate that Plaintiff will file a second amended complaint by January 19, 2024 or within one day of this Court's Order authorizing the amendment, and Defendants will file a responsive pleading within 21 days of the date that the second amended complaint is filed.

It is so stipulated.

/s/Dennis Dubuc
Dennis B. Dubuc (P67316)
Attorney for Plaintiff
ESSEX PARK LAW OFFICE, P.C.
12618 10 Mile Road
South Lyon, MI  48178
(248) 486-5508
lawplus@sbcglobal.net

/s/ Frank J. Lawrence
Frank J. Lawrence (DC #1048420)
Co-Counsel for Plaintiff
LAW OFFICE OF FRANK LAWRENCE
941 Westview Road
Bloomfield Hills, MI  48304
(248) 722-2560
flawrence1@hotmail.com

/s/ Timothy H. Howlett (w/perm)
Timothy H. Howlett (P24030)
Attorney for Defendants
DICKINSON WRIGHT PLLC
Attorneys for Defendants
500 Woodward Avenue, Suite 4000
Detroit, MI  48226
(313) 223-3500
thowlett@dickinsonwright.com
adelmastro@dickinsonwright.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MARK STANALAJCZO, DDS,

   Plaintiff,

v.

BRANDONN PERRY, et al.,

   Defendants.

Case No. 23-cv-11527
Hon. Matthew F. Leitman

_____

### ORDER REGARDING SECOND AMENDED COMPLAINT AND RESPONSIVE PLEADING

Consistent with the stipulation of the parties,

**IT IS HEREBY ORDERED** that Plaintiff may file a second amended complaint within one day of this Order, and Defendants shall file a responsive pleading within 21 days thereafter.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: January 18, 2024