UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MARK STANALAJCZO, DDS,

    Plaintiff,

v.

BRANDONN PERRY, et al.,

    Defendants.

Case No. 23-cv-11527
Hon. Matthew F. Leitman

___

### STIPULATION REGARDING IN CAMERA REVIEW

NOW COME Plaintiff and Defendants, through counsel, who stipulate to the following:

The parties, having discussed this matter on November 15, 2023, December 28, 2023, and January 19, 2024, stipulate that Defendants will provide to the Court all documents that have been withheld from production in connection with Plaintiff's prior discovery requests and that Defendants claim to be privileged, for an in camera review and determination. Said records shall include those falling within the attached privilege log. Defendants will provide the documents to the Court on or before February 2, 2024.

It is so stipulated.

/s/Dennis Dubuc
Dennis B. Dubuc (P67316)

/s/Timothy H. Howlett (w/perm.)
Timothy H. Howlett (P24030)

| | |
|---|---|
| Attorney for Plaintiff<br>ESSEX PARK LAW OFFICE, P.C.<br>12618 10 Mile Road<br>South Lyon, MI  48178<br>(248) 486-5508<br>lawplus@sbcglobal.net | Attorney for Defendants<br>DICKINSON WRIGHT PLLC<br>Attorneys for Defendants<br>500 Woodward Avenue, Suite 4000<br>Detroit, MI  48226<br>(313) 223-3500<br>thowlett@dickinsonwright.com<br>adelmastro@dickinsonwright.com |
| /s/Frank J. Lawrence<br>Frank J. Lawrence (DC #1048420)<br>Co-Counsel for Plaintiff<br>LAW OFFICE OF FRANK LAWRENCE<br>941 Westview Road<br>Bloomfield Hills, MI  48304<br>(248) 722-2560<br>flawrence1@hotmail.com | |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MARK STANALAJCZO, DDS,

    Plaintiff,

Case No. 23-cv-11527
Hon. Matthew F. Leitman

v.

BRANDONN PERRY, et al.,

    Defendants.

## ORDER REGARDING IN CAMERA REVIEW

Consistent with the stipulation of the parties,

**IT IS HEREBY ORDERED** that on or before February 2, 2024, Defendants shall provide to the Court all withheld documents that fall within one of Plaintiff's prior discovery requests and that Defendants claim to be privileged, for an in camera review and determination as whether a privilege has been properly applied.

                                         s/Matthew F. Leitman
                                         MATTHEW F. LEITMAN
                                         UNITED STATES DISTRICT JUDGE

Dated: January 24, 2024

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

MARK STANALAJCZO, DDS,

    Plaintiff,

v

JAN HU, BDS, PhD, in her official capacity as Interim Dean of the University of Michigan School of Dentistry, BRANDONN PERRY, in his individual capacity, and LYNN JOHNSON, PhD, in her individual capacity,

    Defendants.

Case No. 2:23-cv-11527

HON. MATTHEW F. LEITMAN
MAG. ELIZABETH A. STAFFORD

_____/

Dennis B. Dubuc (P67316)
ESSEX PARK LAW OFFICE, P.C.
Attorney for Plaintiff
12618 10 Mile Road
South Lyon, MI 48178
(248) 486-5508
lawplus@sbcglobal.net

Timothy H. Howlett (P24030)
Angelina R. Delmastro (P81712)
DICKINSON WRIGHT PLLC
Attorneys for Defendants
500 Woodward Avenue, Suite 4000
Detroit, MI 48226
(313) 223-3500
thowlett@dickinsonwright.com
adelmastro@dickinsonwright.com

_____/

## **PRIVILEGE LOG**

**PRIVILEGE LOG**

| DOCUMENT DATE | TYPE | AUTHOR | RECIPIENT | PRIVILEGE | DESCRIPTION |
|---|---|---|---|---|---|
| 10/20/22 | Email | Christiane Squarize | Jacques Nor cc: Jan Hu Lynn Johnson | Attorney-Client Privilege | Email discusses attached email from Gloria Hage to Christiane Squarize, cc: Lynn Johnson, Kimberly Andrus and Sascha Matish, and email from Christiane Squarize to Gloria Hage providing legal advice. |
| 08/22/22 | Email | Chain of emails between Lynn Johnson and Gloria Hage | Copies to Kimberly Andrus, Jan Hu, Sascha Matish, Jacques Nor | Attorney-Client Privilege | Provision of legal advice. |
| 09/26/22 | Email | Chain of emails among Lynn Johnson, Gloria Hage and Jan Hu | Copies to Kimberly Andrus, Christiane Squarize and Jacques Nor | Attorney-Client Privilege | Provision of legal advice. |
| 11/01/22 | Email | Chain of emails among Lynn Johnson, Jacques Nor, Christiane Squarize, Jan Hu and Gloria Hage | Copy to Kimberly Andrus | Attorney-Client Privilege | Provision of legal advice. |

-2-

| DOCUMENT DATE | TYPE | AUTHOR | RECIPIENT | PRIVILEGE | DESCRIPTION |
|---|---|---|---|---|---|
| 08/05/22 | Email | Lynn Johnson | Jan Hu, Jacques Nor, Romesh Nalliah cc: Christiane Squarize | Attorney-Client Privilege | Discussing legal advice from Gloria Hage. |
| 09/27/22 | Email | Lynn Johnson | Erika Roberts cc: Jan Hu, Jacques Nor, Christiane Squarize | Attorney-Client Privilege | Discussion of legal advice from Office of General Counsel regarding October Executive Committee meeting. |
| 07/18/22 | Email | Lynn Johnson | Jacques Nor, Jan Hu | Attorney-Client Privilege | Paragraphs have been redacted because they reflect legal advice from Office of General Counsel. |

-4-

DICKINSON WRIGHT PLLC

By: /s/ Timothy H. Howlett
Timothy H. Howlett (P24030)
Attorneys for Defendant
500 Woodward Avenue, Ste. 4000
Detroit, MI 48226
(313) 223-3500
thowlett@dickinsonwright.com

Date: November 8, 2023

4890-1278-6826 v1 [14040-362]