UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MARK STANALAJCZO, DDS,

    Plaintiff,                                        Case No. 23-cv-11527
                                                      Hon. Matthew F. Leitman

v.

BRANDONN PERRY, et al.,

    Defendants.

---

**STIPULATION TO EXTEND DISCOVERY
AND CASE MANAGEMENT ORDER DATES**

NOW COMES Plaintiff and Defendants, through counsel, who stipulate to the following:

The parties, having discussed this matter on December 28, 2023, and January 23, 2024, stipulate that the dates set forth in this Court's Case Management Order, ECF No. 15, PageID.187-196, should be extended by three months. The parties require three months of additional discovery, given that (1) there have been delays in the responses to discovery requests that have slowed the progression of this case; (2) an amended pleading that added new parties was filed on January, 18, 2024, with an answer due on or before February 8, 2024; and (3) scheduling issues required the parties to plan the first round of depositions to take place during the second week of February, 2024. The parties agree that the Case

Management Order shall remain in full effect, with the proviso that dates shall be extended accordingly.   The parties agree upon the following new dates:

| | |
|---|---|
| Fact Discovery Cutoff: | May 24, 2024 |
| Rule 26(a)(2) Proponent Expert Disclosures: | June 21, 2024 |
| Rule 26(a)(2) Rebuttal Expert Disclosures: | July 19, 2024 |
| Expert Discovery Cutoff: | August 23, 2024 |
| Dispositive Motions and Challenges to Experts: | Sept. 24, 2024 |
| Rule 26(a)(3) Pretrial Disclosures: | Dec. 13, 2024 |
| Motions in Limine: | January 3, 2025 |
| Response briefs due 10 days after filing, but not later than January 15, 2025. Reply briefs due 5 days after responses are filed, but not later than January 21, 2025. | |
| Final Pretrial Order: | January 22, 2025 |
| Final Pretrial Conference: | February 5, 2025 at 1:30 p.m. |
| Trial Date: | February 18, 2025 at 9:00 a.m. |
| Estimated Length of Trial: | 4-5 days |

It is so stipulated.

| | |
|---|---|
| /s/Dennis Dubuc | /s/Timothy H. Howlett (w/perm.) |
| Dennis B. Dubuc (P67316) | Timothy H. Howlett (P24030) |
| Attorney for Plaintiff | Attorney for Defendants |
| ESSEX PARK LAW OFFICE, P.C. | DICKINSON WRIGHT PLLC |
| 12618 10 Mile Road | Attorneys for Defendants |
| South Lyon, MI  48178 | 500 Woodward Avenue, Suite 4000 |
| (248) 486-5508 | Detroit, MI  48226 |
| lawplus@sbcglobal.net | (313) 223-3500 |
| | thowlett@dickinsonwright.com |
| | adelmastro@dickinsonwright.com |

/s/Frank J. Lawrence
Frank J. Lawrence (DC #1048420)
Co-Counsel for Plaintiff
LAW OFFICE OF FRANK LAWRENCE
941 Westview Road
Bloomfield Hills, MI  48304
(248) 722-2560
flawrence1@hotmail.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MARK STANALAJCZO, DDS,

    Plaintiff,

v.

BRANDONN PERRY, et al.,

    Defendants.

Case No. 23-cv-11527
Hon. Matthew F. Leitman

## ORDER EXTENDING DISCOVERY AND CASE MANAGEMENT ORDER DATES

Consistent with the stipulation of the parties,

**IT IS HEREBY ORDERED** that the dates set forth in this Court's Case Management Order, ECF No. 15, PageID.187-196 shall be extended by three months. In all other respects, the directives of the Case Manager Order shall remain in effect. Accordingly, the Case Management Order is now amended with the following dates:

| | |
|---|---|
| Fact Discovery Cutoff: | May 24, 2024 |
| Rule 26(a)(2) Proponent Expert Disclosures: | June 21, 2024 |
| Rule 26(a)(2) Rebuttal Expert Disclosures: | July 19, 2024 |
| Expert Discovery Cutoff: | August 23, 2024 |
| Dispositive Motions and Challenges to Experts: | Sept. 24, 2024 |
| Rule 26(a)(3) Pretrial Disclosures: | Dec. 13, 2024 |
| Motions in Limine: | January 3, 2025 |

    Response briefs due 10 days after filing, but not later than January 15, 2025. Reply briefs

4

        due 5 days after responses are filed, but not
        later than January 21, 2025.

| | |
|---|---|
| Final Pretrial Order: | January 22, 2025 |
| Final Pretrial Conference: | February 5, 2025 at 1:30 p.m. |
| Trial Date: | January 18, 2025 at 9:00 a.m. |
| Estimated Length of Trial: | 4-5 days |

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  January 25, 2024