UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK STANALAJCZO, DDS,

    Plaintiff,

                           Case No. 23-cv-11527

v.                           Hon. Matthew F. Leitman

BRANDONN PERRY, et al.,

    Defendant.

                                                                       /

## <u>SUPPLEMENTAL ORDER CONCERNING PRIVILEGE DESIGNATIONS</u>

The Court has now reviewed the email string dated 7/4/23 that had not been provided at the time the Court entered its earlier Order Concerning Defendants' Privilege Designations (ECF No. 26). The redactions on this email string are **SUSTAINED** as appropriate assertions of the attorney-client privilege.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: April 1, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 1, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

1