UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARK STANALAJCZO,<br><br>  Plaintiff,<br><br>v.<br><br>BRANDON PERRY, *et al.*,<br><br>  Defendants. | Case No. 23-cv-11527<br>Honorable Matthew F. Leitman<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO DETERMINE THE SUFFICIENCY OF DEFENDANTS' ANSWERS TO REQUESTS FOR ADMISSION (ECF NO. 30)**

Plaintiff Mark Stanalajczo moves to determine the sufficiency of defendants' responses to requests for admission. ECF No. 30. The Honorable Matthew F. Leitman referred the motion to the undersigned for a hearing and determination under 28 U.S.C. § 636(b)(1)(A). ECF No. 31.

The Court held a motion hearing on August 15, 2024. For the reasons stated on the record during the hearing, Stanalajczo's motion is **GRANTED IN PART AND DENIED IN PART**. The Court relied on opinions that include *Lynn v. Monarch Recovery Mgmt., Inc.*, 285 F.R.D. 350, 367– 68 (D. Md. 2012); and *Ranke v. Federspiel*, No. 2:23-CV-11300, 2024 WL 3706598, at *2 (E.D. Mich. Aug. 7, 2024). By August 26, 2024, defendants

must provide revised responses to Request for Admission Nos. 16, 40, 41, 42, 60, and 65.

                                                                    s/Elizabeth A. Stafford
                                                                     ELIZABETH A. STAFFORD
                                                                     United States Magistrate Judge

Dated: August 15, 2024

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge. Fed. R. Civ. P. 72(a). The district judge may sustain an objection only if the order is clearly erroneous or contrary to law. 28 U.S.C. § 636. **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."** E.D. Mich. LR 72.2.

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 15, 2024.

                                                s/Donald Peruski
                                                DONALD PERUSKI
                                                Case Manager