UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK STANALAJCZO, DDS,

    Plaintiff,

v.

Case No. 23-cv-11527
Hon. Matthew F. Leitman

BRANDONN PERRY, *et al.*,

    Defendants.
_____/

## JUDGMENT

In accordance with the Court's order (ECF No. 56) dated July 17, 2025:

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants Brandonn Perry, Jacques Nor, Jan Hu, Lynn Johnson, Dan Chiego, Alexandre DaSilva, Darnell Kaigler, Tae-Ju Oh, and Berna Saglik, and against Plaintiff Mark Stanalajczo.

                      KINIKIA ESSIX
                      CLERK OF COURT

            By:    s/Holly A. Ryan
                     Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  July 17, 2025
Detroit, Michigan